No. 95. LINKLETTER *v.* WALKER, WARDEN. (Certiorari, 377 U. S. 930, to the United States Court of Appeals for the Fifth Circuit); and

No. 578. ANGELET *v.* FAY, WARDEN. (Certiorari, *ante,* p. 815, to the United States Court of Appeals for the Second Circuit.) The motions of the National District Attorneys' Association for leave to participate in oral argument, as *amicus curiae,* are granted. *Michael Juviler* on the motions.

No. 599, Misc. SCOTT *v.* ANDERSON, JAIL SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 626, Misc. LEEPER *v.* ANDERSON, JAIL SUPERINTENDENT;

No. 683, Misc. HOLLAND *v.* ANDERSON, JAIL SUPERINTENDENT;

No. 708, Misc. PARSONS *v.* ANDERSON, JAIL SUPERINTENDENT;

No. 719, Misc. MATTHEWS *v.* TEXAS ET AL.; and

No. 725, Misc. CANTRELL *v.* CALIFORNIA ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 533, Misc. NEWMAN *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO. Motion for leave to file petition for writ of mandamus denied.

No. 598, Misc. WILLIAMSON ET AL. *v.* GILMER ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioners *pro se. William D. Neary* for Gilmer et al., and *T. W. Davidson, pro se,* respondents.